# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: JACK BUNCHER FOUNDATION | : | No. 242 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: AMY RUBINOFF, CARYN | : | Petition for Allowance of Appeal from |
| RUBINOFF, MICHAEL RUBINOFF, AND | : | the Order of the Commonwealth |
| DANIEL RUBINOFF | : | Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2021, the Petition for Allowance of Appeal and Petitioner's Application for Leave to File a Reply are **DENIED.**

    Justice Wecht did not participate in the consideration or decision of this matter.